**Opinion filed November 19, 2015**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00172-CV

_____

## ORO PECANLANDS, INC., Appellant

## V.

## LOUISA KAISER COMPANY, Appellee

**On Appeal from the 220th District Court**
**Comanche County, Texas**
**Trial Court Cause No. CV16014**

### M E M O R A N D U M   O P I N I O N

Appellant, ORO Pecanlands, Inc., has filed in this court a motion to dismiss its appeal. In the motion, Appellant indicates that it "no longer wish[es] to file an appeal" in this cause. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

November 19, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.